BRYAN E. CURRY, ESQ. (*pro hac vice*)
**LITCHFIELD CAVO LLP**
303 W. Madison St., Suite 300
Chicago, IL 60606
Telephone:   (312) 781-6677
Facsimile:   (312) 781-6630
Curry@LitchfieldCavo.com

MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Pocci@litchfieldcavo.com

*Attorney for Defendant Silver State Schools Credit Union*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AGATHA CRUZ QUINATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVER STATE SCHOOLS CREDIT UNION,<br><br>Defendant. | Case No.: 2-25-cv-00640-RFB-EJY<br><br>**MOTION TO WITHDRAW APPEARANCE OF ATTORNEY BRYAN E. CURRY** |

Attorney Bryan E. Curry states as follows for his Motion to Withdraw his Appearance *Pro Hac Vice* on behalf of Defendant, Silver State Schools Credit Union ("SSSCU"):

1.   On April 9, 2025, SSSCU filed its Petition for Removal of this case, and subsequently filed its Removal statement on April 24, 2025.

2

2. The Movant, attorney Bryan E. Curry, had previously been granted leave to appear *pro hac vice* when this matter was pending in state court, and further applied for leave to appear *pro hac vice* before this Court.

3. Since then, certain attorneys with the law firm of Litchfield Cavo transitioned to the law firm of Gordon Rees Scully Mansukhani.

4. Attorney Sean Flynn of the Gordon Rees firm has substituted in as counsel for attorney Marisa Pocci Carney of Litchfield Cavo on behalf of SSSCU. [See Dkt # 32]

5. Attorneys Scott Sinson and Jennifer Abdo, formerly of Litchfield Cavo and now with the Gordon Rees firm, are continuing to represent SSSCU in this case.

6. Attorney Bryan E. Curry did not transition with the other lawyers to the Gordon Rees firm, and it is the desire of SSSCU that the responsibility for this case rest with those attorneys who now appear from the Gordon Rees firm.

7. Thus, Attorney Curry seeks leave of Court to withdraw his appearance *pro hac vice*.

8. Because SSSCU is presently represented by counsel from the Gordon Rees firm, including substitute counsel, the granting of this Motion will not cause any delay in the case or prejudice any parties.

///

///

///

///

WHEREFORE, attorney Bryan E. Curry respectfully requests that the Court grant his Motion to Withdraw, and provide any other relief this Court deems just and proper.

Dated: June 19, 2025

Respectfully submitted,

By: */s/ Bryan E. Curry*
BRYAN E. CURRY, ESQ. *(pro hac vice)*
LITCHFIELD CAVO LLP
303 W. Madison St., Suite 300
Chicago, IL 60606
Telephone: (312) 781-6677
Facsimile: (312) 781-6630
Curry@LitchfieldCavo.com
*Withdrawing Attorney for Defendant Silver State Schools Credit Union*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: June 20, 2025

4