SEAN FLYNN, ESQ.
Nevada Bar No. 15408
GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, Nevada 89501
Telephone: (775) 467-2610
Facsimile: (775) 460-4901
Email: sflynn@grsm.com

SCOTT R. SINSON, ESQ. (*pro hac vice*)
JENNIFER N. ABDO, ESQ. (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
One North Wacker, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 261-9466
Facsimile: (312) 565-6511
Email: ssinson@grsm.com
        jabdo@grsm.com
*Attorneys for Defendant*
*Silver State Schools Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Agatha Cruz Quinata, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Silver State Schools Credit Union,<br><br>    Defendant. | Case No.: 2:25-CV-00640-RFB-EJY<br><br>Judge: Richard F. Boulware, II<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SILVER STATE'S RESPONSE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Pursuant to LR 26-3 and Fed. R. Civ. P. 6(b), Plaintiff Agatha Cruz Quinata and Defendant Silver State Schools Credit Union ("Silver State"), by and through their undersigned counsel of record, hereby stipulate and request that the Court extend the deadline for Silver State to file its Response to Plaintiff's Motion for Class Certification.

1.     On May 11, 2026, Plaintiff filed her Motion for Class Certification.

2.     Pursuant to the parties' prior stipulation and the Court's Order, Silver State's Response to Plaintiff's Motion for Class Certification is currently due on July 10, 2026.

3.     Good cause exists for a brief extension of the current deadline.

GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street Suite 424
Reno NV 89501

4.     As previously represented to the Court, Plaintiff's Motion seeks certification of four proposed classes arising from multiple theories of liability concerning Silver State's overdraft and non-sufficient funds fee practices. The Motion raises complex factual, legal, and expert issues requiring substantial analysis of expert opinions, transactional data, deposition testimony, contractual documents, and the requirements of Rule 23.

5.     Silver State has diligently worked to prepare its opposition and supporting evidence. However, the deposition of Plaintiff's expert, Arthur Olsen, is currently scheduled for July 7, 2026, three days before Silver State's opposition is due.

6.     Mr. Olsen's opinions are central to Plaintiff's Motion for Class Certification, and Silver State anticipates relying on his deposition testimony in its opposition. Silver State requires sufficient time following the deposition to obtain and review the deposition transcript, analyze Mr. Olsen's testimony, and incorporate that testimony into its briefing and supporting materials.

7.     In addition, several attorneys principally responsible for preparing the opposition have unanticipated scheduling commitments during the week the opposition is currently due, limiting the time available to complete the briefing and supporting materials.

8.     Although the Court previously extended the briefing schedule, the present request is based primarily on the need to complete and incorporate testimony from Plaintiff's expert deposition, which will occur shortly before the current deadline, as well as counsel's unanticipated scheduling commitments.

9.     Silver State therefore seeks a brief seven-day extension of its deadline to respond to Plaintiff's Motion for Class Certification, from July 10, 2026, to July 17, 2026.

10.     To preserve the current briefing schedule and afford Plaintiff the same amount of time to prepare its reply, the parties further request that Plaintiff's deadline to file a Reply in Support of the Motion for Class Certification be extended from August 24, 2026, to August 31, 2026.

11.     This request is made in good faith and not for purposes of delay. The requested extension will not prejudice Plaintiff and will assist the Court by ensuring that the parties fully address the issues raised by Plaintiff's Motion for Class Certification.

**GORDON REES SCULLY MANSUKHANI, LLP**
5 Park Plaza Suite 1100

12.    The Parties have discussed this issue and agree that more time is required for Silver State's response in opposition and for Plaintiff to prepare her reply in support of her Motion.

For these reasons, the Parties jointly request that the Court enter an order giving effect to their agreement extending Silver State's response deadline to July 17, 2026 and Plaintiff's reply deadline to August 31, 2026.

IT IS SO STIPULATED.

Dated this 6th day of July, 2026.

*/s/  Martin F. Schubert*
Martin F. Schubert (*pro hac vice*)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, Tennessee 37203
(615) 254-8801

Nathan Ring
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Lynn A. Toops (*pro hac vice*)
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com

*Attorneys for Plaintiff and the Proposed Class*

Dated this 6th day of July, 2026.

*/s/ Jennifer N. Abdo*
Scott R. Sinson (*pro hac vice*)
Jennifer N. Abdo (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
One North Wacker, Suite 1600
Chicago, Illinois 60606

Sean P. Flynn
Nevada Bar No. 15408
GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, Nevada 89501

*Attorneys for Defendant Silver State Schools Credit Union*

IT IS SO ORDERED:

United States Magistrate Judge

Dated:    July 6, 2026

GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza Suite 1100

-3-