Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89101
(702) 301-0081
nring@stranchlaw.com

Martin F. Schubert, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
mschubert@stranchlaw.com

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
lltoops@cohenmalad.com
vmiller@cohenmalad.com

*ATTORNEYS FOR PLAINTIFF AND PROPOSED CLASSES*

Scott R. Sinson, *pro hac vice*
Jennifer N. Abdo, *pro hac vice*
GORDON REES SCULLY MANSUKHANI, LLP
One North Wacker, Suite 1600
Chicago, Illinois 60606
ssinson@grsm.com
jabdo@grsm.com

Sean P. Flynn
Nevada Bar No. 15408
GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, Nevada 89501

*ATTORNEYS FOR DEFENDANT SILVER STATE SCHOOLS CREDIT UNION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AGATHA CRUZ QUINATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVER STATE SCHOOLS CREDIT UNION,<br><br>Defendant. | Case No.: 2:25-CV-00640-RFB-EJY<br><br>Judge: Richard F. Boulware, II<br><br>**STIPULATION AND ORDER TO DISMISS BREACH OF CONTRACT CLAIM ON BEHALF OF THE ACCOUNT BALANCE CLASS** |

**JOINT STIPULATION TO DISMISS BREACH OF CONTRACT CLAIM ON BEHALF OF THE ACCOUNT BALANCE CLASS**

Plaintiff, Agatha Cruz Quinata ("Plaintiff"), and Defendant, Silver State Schools Credit Union ("Defendant"), (together, the "parties") by their respective counsel, jointly move the Court for the dismissal of Plaintiff's Breach of Contract claim on behalf of the Account Balance Class without prejudice. *See* First Amended Complaint, ¶¶ 205-218.

WHEREFORE, the Parties respectfully request that the Breach of Contract claim on behalf of the Account Balance class be dismissed without prejudice.

Dated: August 3, 2026

Respectfully submitted and agreed to by:

<u>*/s/ Martin F. Schubert*</u>
Martin F. Schubert, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
mschubert@stranchlaw.com

Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89101
(702) 301-0081
nring@stranchlaw.com

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
lltoops@cohenmalad.com
vmiller@cohenmalad.com

*ATTORNEYS FOR PLAINTIFF AND PROPOSED CLASSES*

<u>*/s/ Scott R. Sinson*</u>
Scott R. Sinson, *pro hac vice*
Jennifer N. Abdo, *pro hac vice*
GORSON REES SCULLY MANSUKHANI, LLP
One North Wacker, Suite 1600
Chicago, Illinois 60606
ssinson@grsm.com
jabdo@grsm.com

Sean P. Flynn
Nevada Bar No. 15408
GORSON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, Nevada 89501

*ATTORNEYS FOR DEFENDANT SILVER STATE SCHOOLS CREDIT UNION*

**IT IS SO ORDERED:**

**DATED**: August 26, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**