Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Martin F. Schubert, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
mschubert@stranchlaw.com

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenmalad.com
vmiller@cohenmalad.com

*Attorneys for Plaintiff and Proposed Classes*

3100 W. Charleston Blvd., #208 Las Vegas, NV 89102
SJG STRANCH, JENNINGS & GARVEY PLLC
725-235-9750 lasvegas@stranchlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AGATHA CRUZ QUINATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SILVER STATE SCHOOLS CREDIT UNION,<br>Defendant. | Case No.: 2:25-cv-00640<br><br>**STIPULATION TO EXTEND THE DATE FOR PROPOSED FINAL PRETRIAL ORDER TO 30 DAYS AFTER THE COMPLETION OF MEDIATION**<br><br>**(FIFTH REQUEST)** |

Pursuant to LR 26-3 and Fed. R. Civ. P. 6(b), Plaintiff Agatha Cruz Quinata ("Plaintiff") and Defendant Silver State Schools Credit Union ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and request that the Court to

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102
SJG
STRANCH, JENNINGS & GARVEY PLLC
725-235-9750
lasvegas@stranchlaw.com

extend the due date for the Propose Final PreTrial Order to thirty days after the completion of mediation. In support of their request, the Parties state as follows:

1. Counsel in this lawsuit are well known to each other having prosecuted or defended hundreds of matters against each other for various clients alleging similar claims. As such, the Parties believe that mediation may be especially fruitful here as the Parties have resolved many similar claims that way.

2. On May 24, 2026, Plaintiff and Defendant filed a *Stipulation and Order to Extend Certain Discovery Plan and Scheduling Order Deadlines in Revised Discovery Plan and Scheduling Order (Second Request)* (Dkt. 50).

3. On May 25, 2026, the Court entered the Parties' Stipulation and Order to Extend Certain Discovery Plan and Scheduling Order Deadlines in Revised Discovery Plan and Scheduling Order (Second Request) (Dkt. 51), extending, among other deadlines, the Parties' deadline to complete discovery to July 10, 2026. The Parties thereafter submitted their Third Request to extend the Discovery Cut-Off deadline, and the deadline was extended to August 7, 2026. The Parties thereafter submitted their Fourth Request to extend the Discovery Cut-Off deadline, and the deadline was extended to September 18, 2026.

4. The only remaining deadline is for the submission of the Proposed Final PreTrial Order on September 24, 2026.

**A. Discovery Completed to Date.**

The Parties have already completed significant discovery in this matter permitting both to evaluate the strengths and weakness of their respective positions along with the likely possible valuations of the matter:

1. Disclosures

a. Defendant served its Initial Disclosures under Nevada Rule of Civil Procedure 16

SJG STRANCH, JENNINGS & GARVEY PLLC
3100 W. Charleston Blvd., #208 Las Vegas, NV 89102
725-235-9750 lasvegas@stranchlaw.com

to Plaintiff on May 24, 2024.

b. Plaintiff served her Initial Disclosures under Nevada Rule of Civil Procedure 16 to Defendant on May 28, 2024.

c. Plaintiff served her Initial Expert Disclosure to Defendant on April 1, 2025.

d. Defendant served its Initial Expert Disclosure to Plaintiff on April 1, 2025.

2. Written Discovery

a. Plaintiff served her First Set of Interrogatories to Defendant on December 29, 2023.

b. Plaintiff served her First Set of Requests for Production to Defendant on December 29, 2023.

c. Defendant served its First Set of Interrogatories to Plaintiff on January 16, 2024.

d. Defendant served its First Set of Requests for Production to Plaintiff on January 16, 2024.

e. Plaintiff served her Objections and Answers to Defendant's Interrogatories on August 23, 2024.

f. Plaintiff served her Objections and Responses to Defendant's First Set of Requests for Production on August 23, 2024.

g. Defendant served its Answers to Plaintiff's Interrogatories on September 27, 2024.

h. Defendant served its Responses to Plaintiff's First Set of Requests for Production on September 27, 2024.

i. Defendant reviewed some 80,864 documents pursuant to the Parties' agreed Electronically Stored Information search and produced 2,012 pages of relevant responsive documents on February 9, 2026.

5. Depositions

a. Plaintiff deposed Defendant corporate representative Andres Gonzalez.

b. Plaintiff deposed Defendant corporate representative Hope Maldonado.

c. Plaintiff deposed Defendant corporate representative Julie Vasquez.

d. Plaintiff deposed Defendant's expert.

e. Defendant deposed Plaintiff's expert.

**B. Discovery that Remains to be Completed.**

Plaintiff has requested additional data maintained in Defendant's core processing system. The requested data elements are relevant to the Parties' evaluation of potential damages, both for mediation or in the event the litigation continues. The Parties continue to be engaged in meet-and-confer communications concerning the requested data, address the technical and production issues associated with the request, and complete any resulting production.

**C. Good Cause Exists to Extend the Deadline for the Filing of the Proposed Final PreTrial Order to Thirty days after the Completion of Mediation.**

Good cause exists to extend the deadline for submission of the Proposed Final PreTrial Order from September 24, 2026 to thirty days after the completion of mediation. The Parties are actively discussing the selection of a mediator, and what dates will be available for the mediation. The Parties expect to complete the mediation within the next 60 days. The Parties will provide the Court with the name of the mediator and the date of the mediation once it has been selected.

This request is made in good faith and not for purposes of delay. The requested extension will not prejudice either party and will assist the Parties in adequately preparing for mediation.

For these reasons, the Parties respectfully request that the Court enter an order extending the deadline for submission of the Proposed Final PreTrial Order from September 24, 2026 to thirty days after the completion of mediation, and the Parties are to provide the Court with the name of the mediator and the date of the mediation as soon as it is determined.

**IT IS SO STIPULATED.**

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102
SJG
STRANCH, JENNINGS & GARVEY PLLC
725-235-9750
lasvegas@stranchlaw.com

SJG STRANCH, JENNINGS & GARVEY PLLC
3100 W. Charleston Blvd., #208 Las Vegas, NV 89102
725-235-9750 lasvegas@stranchlaw.com

DATED September 11, 2026

Respectfully submitted,

*/s/ Nathan R. Ring*
Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
703 South 8th Street
Las Vegas, Nevada 89101
(702) 301-0081
Nring@stranchlaw.com

Martin F. Schubert, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
mschubert@stranchlaw.com

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenmalad.com
vmiller@cohenmalad.com

*Attorneys for Plaintiff and the Putative Classes*

*/s/ Scott R. Sinson*
Scott R. Sinson (*pro hac vice*)
Jennifer N. Abdo (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
One North Wacker, Suite 1600
Chicago, Illinois 60606

Sean P. Flynn
Nevada Bar No. 15408
GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, Nevada 89501

*Attorneys for Defendant Silver State Schools Credit Union*

**ORDER**

IT IS HEREBY ORDERED the Stipulation to Extend the Date for Proposed Final Joint Pretrial Order to 30 days After the Completion of Mediation (ECF No. 76) is GRANTED.

IT IS FURTHER ORDERED the parties must submit a status report advising the Court whether this matter was resolved through mediation promptly after the mediation date, but **no later than November 10, 2026**.

IT IS FURTHER ORDERED that if this matter is not resolved through mediation, **the Joint Pretrial Order will be due 30 days after the date of the mediation**.

DATED: September 11, 2026

Elayna J. Youchah
United States Magistrate Judge