Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Martin F. Schubert, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
mschubert@stranchlaw.com

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenmalad.com
vmiller@cohenmalad.com

*Attorneys for Plaintiff and Proposed Classes*

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102
SJG
STRANCH, JENNINGS & GARVEY PLLC
725-235-9750
lasvegas@stranchlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AGATHA CRUZ QUINATA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVER STATE SCHOOLS CREDIT UNION,<br>Defendant. | Case No.: 2:25-cv-00640<br><br>**STIPULATION TO EXTEND JOINT STATUS REPORT DEADLINE** |

Pursuant to the Court's November 10, 2026 Order, Plaintiff Agatha Cruz Quinata ("Plaintiff") and Silver States Schools Credit Union ("Defendant," collectively with Plaintiff as the "Parties") are required to submit a Joint Status Report no later than November 25, 2026 regarding the outcome of mediation. The Parties had originally scheduled a mediation in this

3100 W. Charleston Blvd., #208
Las Vegas, NV 89102
SJG
725-235-9750
lasvegas@stranchlaw.com
STRANCH, JENNINGS & GARVEY PLLC

matter for November 18, 2026. Due to an unforeseen circumstance, the mediation has been rescheduled for November 30, 2026. Therefore, the Parties request that the deadline to provide the Court with a Joint Status Report be extended up to and including December 7, 2026. Good cause exists for this extension in order to permit the Parties the opportunity to mediate and then provide a full report to the Court on the Parties' mediation efforts.

**IT IS SO STIPULATED.**

DATED November 20, 2026

*/s/ Nathan R. Ring*
Martin F. Schubert, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
mschubert@stranchlaw.com

Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
703 South 8th Street
Las Vegas, Nevada 89101
(702) 301-0081
Nring@stranchlaw.com

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenmalad.com
vmiller@cohenmalad.com

*Attorneys for Plaintiff and the Putative Classes*

*/s/ Jennifer N. Abdo*
Scott R. Sinson (*pro hac vice*)
Jennifer N. Abdo (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
One North Wacker, Suite 1600
Chicago, Illinois 60606

Sean P. Flynn
Nevada Bar No. 15408
GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, Nevada 89501

*Attorneys for Defendant Silver State Schools Credit Union*

**IT IS SO ORDERED** this 20th day of November 2026.

United States Magistrate Judge